# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

MARTIQUE KING, )
)
    Petitioner, )
)
v. )   Case No. CV411-269
)
AL. ST. LAWRENCE,[1] )
)
    Respondent. )

## REPORT AND RECOMMENDATION

Facing prosecution in state court for burglary and other crimes, *see* attached state court docket sheets, Martique Nashawn King has launched in this Court a series of "take that!" 42 U.S.C. § 1983 lawsuits against various individuals and the court involved in that prosecution. A companion order issued this day in *King v. Ihrig*, CV411-189 (S.D. Ga.), explained that they are all frivolous. King also filed this 28 U.S.C. § 2254 petition, and the Court grants (on indigency grounds) his corresponding *in forma pauperis* motion, CV411-269, doc. 2, but otherwise advises that it be dismissed for lack of exhaustion. King himself discloses that his

---

[1] This is a habeas case, so plaintiff Martique King's custodial officer -- Al St. Lawrence -- is the proper respondent, not the "Eastern Judicial Circuit of Georgia, Savannah Division" as King originally named. *See* 28 U.S.C. § 2254 Rule 2(a). The Court has thus amended the caption, the Clerk shall comply, and all subsequent filings shall conform.

prosecution is ongoing, and the attached docket sheets show he has not been convicted of anything. He has thus deprived the state courts of a fair opportunity to address his claims before bringing his petition to this Court.

Under 28 U.S.C. § 2254(b)(1)(A), "[a]n application for a writ of habeas corpus on behalf of a person in custody pursuant to the judgment of a State court shall not be granted unless it appears that the applicant has exhausted the remedies available in the courts of the State." *Id.*; *see O'Sullivan v. Boerckel*, 526 U.S. 838, 839 (1999) ("Federal habeas relief is available to state prisoners only after they have exhausted their claims in state court."). An applicant for federal habeas relief has not exhausted his state remedies "if he has the right under the law of the State to raise, by any available procedure, the question presented." 28 U.S.C. § 2254(c).

Because it "plainly appears from the petition . . . that the petitioner is not entitled to relief" at this time, the Court "must dismiss the petition and direct the clerk to notify the petitioner." Rule 4, Rules Governing Section 2254 Cases. Accordingly, this petition should be **DISMISSED** without prejudice for lack of exhaustion.

Applying the Certificate of Appealability (COA) standards, which are set forth in *Brown v. United States*, 2009 WL 307872 at * 1-2 (S.D. Ga. Feb. 9, 2009), the Court discerns no COA-worthy issues at this stage of the litigation, so no COA should issue. 28 U.S.C. § 2253(c)(1); *see Alexander v. Johnson*, 211 F.3d 895, 898 (5th Cir. 2000) (approving sua sponte denial of COA before movant filed a notice of appeal). And, as there are no non-frivolous issues to raise on appeal, an appeal would not be taken in good faith. Thus, *in forma pauperis* status on appeal should likewise be **DENIED**. 28 U.S.C. § 1915(a)(3).

**SO REPORTED AND RECOMMENDED** this __2nd__ day of November, 2011.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA



CHATHAM COUNTY, GA
Eastern Judicial Circuit of Georgia

Home · Magistrate Court · Probate Court · State Court · Superior Court · Juvenile Court · Court Forms · Court Fees

October 26, 2011    Location: Case Details

Input your search...

**CASE LOOKUP**

## Case Details

**COURT FORMS**

State
VS.
KING, MARTIQUE NASHAWN

- Case Events
- Charges
- Parties
- Proceedings

**COURT FEES**

**MAP & DIRECTIONS**

**JURY SERVICES**

**SITE SEARCH**

### Case Information

| | |
|---|---|
| Court: | Superior |
| Case Number: | CR111011 |
| Case Type: | DAMAGE TO PROPERTY-F |
| Judge: | HON. PENNY H. FREESEMANN |
| Assistant District Attorney: | SARAH MOORHEAD |
| Date Filed: | 5/4/2011 |
| Status: | ACTIVE - |

### Defendant Information

| | |
|---|---|
| Name: | KING, MARTIQUE NASHAWN |
| DIN: | S5032032 |
| Gender: | MALE |
| Race: | AFRICAN AMERICAN |
| Height: | 71 |
| Weight: | 170 |
| Eyes: | BROWN |
| Hair: | BLACK |

Chatham County Sheriff S5032032



Click for large Picture

Defendant History

### Attorney Information

WILLIAM S LEWIS
540 EAST OGLETHORPE AVE
SAVANNAH, GA
31401

### Bondsman Information

N/A

### Case Events

| Date | Time | Code | Judge | Action |
|---|---|---|---|---|
| 8/25/2011 | 09:30AM | PLEA HEARING | PENNY FREESEMANN | |
| 8/4/2011 | 09:30AM | PLEA HEARING | PENNY FREESEMANN | RESCHEDULE EVENT |
| 5/5/2011 | 10:00AM | PLEA HEARING | PENNY FREESEMANN | RESCHEDULE EVENT |

[Return to Top]

### Charges

| Charge | Description | Counts | Severity | Charge Date | Disposition |
|---|---|---|---|---|---|
| 16-7-23 | CRIMINAL DAMAGE TO PROPERTY 2ND DEGREE | 1 | FELONY | 5/4/2011 | |

[Return to Top]

### Proceedings

| Date | Time | | | | |
|---|---|---|---|---|---|
| 9/14/2011 | | TRANSCRIPT RECEIVED | | | PLEA OFFER ARRAIGNMENT AUGUST 25,2011 |
| 8/25/2011 | 09:30AM | PLEA HEARING | | PENNY FREESEMANN | |
| 8/4/2011 | 09:30AM | PLEA HEARING | RESCHEDULE EVENT | PENNY FREESEMANN | |
| 7/27/2011 | | NOTICE OF SUBSTITUTION OF COUNSEL | | | FILED BY W. LEWIS/ |
| 6/29/2011 | | BOND ORDER | | | DENIED/ |
| 6/23/2011 | | BOND HEARING | | | |
| 6/10/2011 | | PRO SE LETTER RECEIVED | | | |
| 5/13/2011 | | PRO SE LETTER RECEIVED | | | |

| 5/5/2011 | 10:00AM | PLEA HEARING | RESCHEDULE EVENT | PENNY FREESEMANN | |
|---|---|---|---|---|---|
| 5/4/2011 3:11:03 PM | | SCREENING | | | Initial Case Screening / Scanning |
| 5/4/2011 | | ACCUSATION FILED - ENTERED | | | |

[Return to Top]